FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

Case No. 5D23-3174
LT Case No. 1997-CF-1882
_____

WARREN OLIVER,

    Appellant,

    v.

STATE OF FLORIDA

    Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Donna Goerner, Judge

Warren L. Oliver, Live Oak, Pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

April 12, 2024

PER CURIAM.

    Due to Appellant's apparent abuse of the legal process by his abusive, repetitive, malicious, or frivolous pro se filings attacking his judgment(s) and sentence(s) in Seminole County Circuit Court Case No. 1997-CF-1882 this Court issued an order directing Appellant to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Having carefully considered the response and finding it fails to show cause why sanctions should not be imposed, we conclude

that Appellant is abusing the judicial process and should be barred from further pro se filings.

In order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Seminole County Circuit Court Case No. 1997-CF-1882. The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case(s). The Clerk will summarily reject any future filings regarding the referenced case(s) unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2019); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

APPELLANT PROHIBITED.

LAMBERT, JAY, and BOATWRIGHT, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---